UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARINA DOBRININ;

        Plaintiff,

      v.                                Case No.: 25-cv-2043

CENTENE CORPORATION;
MHS HEALTH WISCONSIN,

        Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that as the result of a confidential settlement agreement reached by the parties, the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses. The parties accordingly request that the Court enter an order dismissing this case with prejudice.

Respectfully submitted on this 1st day of July 2026,

**ALAN C. OLSON & ASSOCIATES, S.C.**

*s/Richard D. Crane*
Richard D. Crane, SBN: 1120763l9
2880 S. Moorland Rd.
New Berlin, WI 53151
Telephone: (262) 785-9606
Fax: (262) 785-1324
RCrane@Employee-Advocates.com

**LITTLER MENDELSON P.C.**

*s/John D. Tripoli*
John D. Tripoli, SBN: 1090023
833 E. Michigan St., #900
Milwaukee, WI 53202
Telephone: (414) 291-5536
Fax: (414) 908-9293
jtripoli@littler.com